IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01225-MJW

RACHEL MUKWAYA,

Plaintiff,

v.

CITY & COUNTY OF DENVER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Protective Order (docket no. 18-1) is APPROVED as amended page one and in paragraph 9 on page 4 and made an Order of Court

Date: September 4, 2015